KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
BRIAN L. FERRALL - #160847
LEO L. LAM - #181861
SHANA N. STANTON - #217689
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

BROMBERG & SUNSTEIN LLP
LEE CARL BROMBERG (Admitted *Pro Hac Vice*)
125 Summer Street
Boston, MA 02110-1618
Telephone:  (617) 443-9292
Facsimile:  (617) 443-0004

Attorneys for Defendant and Counterclaimant
BLUEARC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUEARC CORPORATION, <br><br> Defendant. | Case No. C 03-05665 MHP <br><br> **DEFENDANT BLUEARC CORPORATION'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES ISSUES** <br><br> Date:   June 3, 2005 <br> Time:   2:30 p.m. <br> Dept:   Courtroom 15, 18th Floor <br> Judge:  The Honorable Marilyn Hall Patel <br><br> Trial Date: July 26, 2005 |

1  To Plaintiff Network Appliance, Inc. and its attorneys of record:

2  PLEASE TAKE NOTICE that, on June 3, 2005 at 2:30 p.m., in Courtroom 15 of the above-

3  entitled Court located at 450 Golden Gate Avenue, San Francisco, California, Defendant

4  BlueArc Corporation will and does hereby move the Court, pursuant to Federal Rule of Civil

5  Procedure 56, for an Order granting partial summary judgment on Plaintiff Network Appliance's

6  damages theories, on the grounds that there are no disputed issues of material fact and summary

7  judgment is appropriate as a matter of law.  A proposed Order is filed herewith.

8  BlueArc's motion is based on the following Memorandum of Points and Authorities and

9  the Declarations of  in Support of BlueArc's Motions for Summary Adjudication of Damages

10  filed herewith.  BlueArc's motion is further supported by the evidence cited in the Memorandum

11  below, the case record, and such oral argument at the time of the hearing or other matters this

12  Court deems appropriate.

Respectfully submitted,

Dated:  April 29, 2005                KEKER & VAN NEST, LLP

By:   /s/ Shana N. Stanton
SHANA N. STANTON
Attorneys for Defendant
BLUEARC CORPORATION