```
FILED
JUN 2 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

1  HENRY C. BUNSOW (State Bar No. 60707)
   K.T. CHERIAN (State Bar No. 133967)
2  SCOTT WALES (State Bar No. 179804)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile:  (415) 848-4999
5
   Attorneys for Plaintiff
6  NETWORK APPLIANCE, INC.

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 NETWORK APPLIANCE, INC., a Delaware     Case No. C 03-05665 MHP
   corporation,
12                                          E-FILING
              Plaintiff,
13                                          STIPULATION AND [PROPOSED]
        v.                                  ORDER FOR ENTRY OF SUMMARY
14                                          JUDGMENT OF NON-INFRINGEMENT
   BLUEARC CORP., a Delaware corporation,  OF CLAIMS 1 AND 3 OF U.S. PATENT
15                                          5,802,366
              Defendant.
16

---

HOWREY

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF SUMMARY JUDGMENT OF NON-INFRINGEMENT OF CLAIMS 1
AND 3 OF U.S. PATENT 5,802,366
Case No. C 03-05665 MHP
DM_US\8218831.v1

1  WHEREAS on May 16, 2005 the Court issued a Memorandum & Order regarding infringement of claims 1 and 3 of U.S. Patent 5,802,366;

2  WHEREAS the findings of the Court's Memorandum & Order of May 16, 2005 preclude Network Appliance from proving infringement by BlueArc Corporation of claims 1 and 3 of U.S. Patent 5,802,366;

3  THEREFORE IT IS HEREBY STIPULATED by and between the parties and their respective counsel, and ORDERED by the Court, that:

(1) Summary Judgment of non-infringement of claims 1 and 3 of U.S. Patent 5,802,366 is hereby entered based upon the Court's Memorandum & Order of May 16, 2005;

(2) Defendants' counterclaim and defense of invalidity are hereby deemed moot leaving no issue for trial for claims 1 and 3 of U.S. Patent 5,802,366;

(3) The pre-trial conference set for July 5, 2005 and all pre-trial deadlines are hereby vacated;

(4) The trial set for July 26, 2005 is hereby vacated.

DATED: June 22, 2005    Respectfully submitted,

By: ___/s/ Scott Wales___
Scott Wales

Attorneys for Plaintiff,
NETWORK APPLIANCE, INC.

DATED: June 22, 2005    Respectfully submitted,

By: ___/s/ Brian L. Ferrall___
Brian L. Ferrall

Attorneys for Defendant,
BLUEARC CORPORATION

IT IS SO ORDERED.

DATED: 6/22/05

_____
Honorable Marilyn H. Patel
United States District Judge